**Analytical Forensic Associates**
3100 Five Forks Trickum Road
Suite 104
Lilburn, GA 30047

Phone: 770-982-0210   Fax: 770-982-0206
Email: office@afalabs.com

Bill To:

Alec Conner
Liberty Mutual
Via Electronic Mail
alec.conner@libertymutual.com

# Invoice

| FED TAX ID # | Date | Invoice # |
|---|---|---|
| 68-0503537 | 10/15/2015 | 1510-1035 |



*Excellence in Fire Debris Analysis*

| Claim / Policy # | Insured | Investigator | Date of Loss |
|---|---|---|---|
| 32723415 | Mary & Ollie Speakman | JPRAY | 7 October 2015 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 3 | Ignitable Liquid Residue Analysis of Fire Debris - GC-MS | 165.00 | 495.00 |
|   | 12 Months Secured Evidence Storage | 150.00 | 150.00 |
|   | Evidence Submitted by J.P. Ray | | |

**Please Include Invoice Number
on Your Remittance**

| | | | |
|---|---|---|---|
| *Thank you for Choosing Analytical Forensic Associates!* | | Total | $645.00 |

Terms: Payable Upon Receipt

# Exhibit B

Liberty001057

```
                                                                3100 Five Forks Trickum Road • Suite 104
                                                                                    Lilburn, GA  30047
                                                                     Phone:  770.982.0210 • 877.FIRELAB
                                                                                   Fax:  770.982.0206
                                                                                       www.afalabs.com
```

# ANALYTICAL TEST REPORT
## Case #:  1510-1035

15 October 2015

Alec Conner
Liberty Mutual
Via Electronic Mail
Alec.conner@libertymutual.com

## Subject

Analysis of Fire Evidence for Ignitable Liquids.

## Case Information

Claim #:  32723415.   Insured:  Mary and Ollie Speakman.   Loss Location:   1300 Hurricane Road, Tullahoma, TN.   Loss Date:   7 October 2015.   IFA Case #:   32723415.

## Background Information

On 13 October 2015 Analytical Forensic Associates received from J. P. Ray via UPS (1Z 1X6 7X4 90 6509 2805) the following:

| | |
|---|---|
| Item 1: | One gallon tape sealed can containing burned wood and wicker material identified as removed from the dining room corner area of origin. |
| Item 2: | One gallon tape sealed can containing charred cloth material identified as fabric removed from the center area of the dining room floor. |
| Item 3: | One gallon tape sealed can containing partially burned paper and cloth material identified as jogging pants fabric removed from the garbage can located in the back yard. |

Analytical Forensic Associates was requested to analyze the samples to check for the presence of ignitable liquids.

## Analytical Test Methods and Results

The volatile components present in the samples were recovered per ASTM Method E1412 and analyzed per ASTM Method E1618.

GC-MS (gas chromatography-mass spectrometry) analysis of concentrated headspace vapors from Item 1 reveals the presence of components having retention times, selected ion profiles and mass spectra consistent with those present in known evaporated gasoline.

GC-MS analysis of concentrated headspace vapors from Items 2 and 3 fails to reveal the presence of any ignitable liquid residues in either of the samples.

## Discussion and Conclusion

Gasoline was detected in Item 1.

No ignitable liquids were detected in Items 2 or 3.

Analysis Performed By: _____
Laurel V. Mason, F-ABC
Laboratory Director

Technical Review By: _____
Sara C. Bonner
Forensic Scientist

**Evidence Disposition:** The evidence and extracts will be placed into secured evidence storage at Analytical Forensic Associates.

**ANALYTICAL FORENSIC ASSOCIATES**

3100 Five Forks Trickum Road • Suite 104 • Lilburn, GA 30047
Phone: 770.982.0210 or 877.FIRELAB • Fax: 770.982.0206 • www.afalabs.com

Liberty001059