

**Atlanta Evans Garment. LLC**
78 Marion Beavers Road
Sharpsburg, GA 30277

**Phone #**
800-322-5947

**Fax #**
770-251-3583

# Estimate

| Date | Estimate ... |
|---|---|
| 10/22/2015 | Original |

| Name / Address | Ship To |
|---|---|
| Mary and Ollie Speakman<br>1300 Hurricane Rd<br>Tullahoma, TN 37388<br>USA | Mary and Ollie Speakman<br>1300 Hurricane Rd<br>Tullahoma, TN 37388<br>USA |

| Rep | Claim # | Insurance Carrier | Evans Ref # |
|---|---|---|---|
| 30 RJ | 032723415 | Liberty | 15-200-0208-SMK |

| Description | Total |
|---|---|
| Drapes | 945.92 |
| Garments | 6,149.38 |
| Households | 1,762.47 |
| LSF | 191.78 |
| Rugs | 12.12 |
| Soft goods | 1,089.30 |
| Stuffed Toys | 85.36 |
| National Program 15% Discount | -1,535.45 |

This estimate may change due to additional items and or non-restorable items.

| Total | $8,700.88 |
|---|---|

**Exhibit C**

**Liberty000768**



# ESTIMATE

**Customer: Speakman, Mary and Ollie**
**EGR #    15-200-0208-SMK**

## BATHROOM

| Qty | Description | Cleaning Code | Units | Unit Price | | Total |
|---|---|---|---|---|---|---|
| 50 | Bulk Laundry | AV | 20.00LB | $ 4.99 | $ | 99.80 |
| 1 | Drapes Sheer - Medium | DRAPSF | EA | $ 16.36 | $ | 16.36 |
| | | | | | $ | 116.16 |

## BEDROOM 1

| Qty | Description | Cleaning Code | Units | Unit Price | | Total |
|---|---|---|---|---|---|---|
| 13 | Bag Handbag - Small | BAGH< | EA | $ 11.45 | $ | 148.85 |
| 1 | Bag Make-up | BAGM | EA | $ 6.15 | $ | 6.15 |
| 1 | Bag Tote - X-Large | BAGT>> | EA | $ 19.00 | $ | 19.00 |
| 5 | Bedspreads Queen Size | BDSPRQ | EA | $ 28.04 | $ | 140.20 |
| 1 | Bedspreads Queen Size - Quilted | BDSPRQQ | EA | $ 31.54 | $ | 31.54 |
| 2 | Bedspreads Twin | BDSPRT | EA | $ 22.61 | $ | 45.22 |
| 5 | Belt Cloth | BELTC | EA | $ 3.43 | $ | 17.15 |
| 5 | Belt Leather | BELT | EA | $ 5.32 | $ | 26.60 |
| 8 | Blazer Lined | BLZLN | EA | $ 10.48 | $ | 83.84 |
| 10 | Blouse | BLS | EA | $ 8.43 | $ | 84.30 |
| 51 | Bulk Laundry | AV | 20.00LB | $ 4.99 | $ | 99.80 |
| 1 | Coat Trench coat - lined | CT | EA | $ 24.33 | $ | 24.33 |
| 2 | Comforter Queen | CMFQ | EA | $ 33.42 | $ | 66.84 |
| 1 | Culottes | CUL | EA | $ 6.38 | $ | 6.38 |
| 1 | Curtains Valance - Small | CURV< | EA | $ 6.98 | $ | 6.98 |
| 2 | Doily | DOILY | EA | $ 2.10 | $ | 4.20 |
| 1 | Drapes Flat-Large | DRAPF> | EA | $ 35.39 | $ | 35.39 |
| 4 | Drapes Flat-Small | DRAPF< | EA | $ 7.99 | $ | 31.96 |
| 2 | Hood | HOOD | EA | $ 4.25 | $ | 8.50 |
| 2 | Jacket Leather | JCL | EA | $ 95.89 | $ | 191.78 |
| 4 | Jacket Light Weight | JCK- | EA | $ 9.11 | $ | 36.44 |
| 2 | Jacket Sweater | JCKS | EA | $ 21.95 | $ | 43.90 |
| 2 | Mattress Cover | MATP | EA | $ 15.19 | $ | 30.38 |
| 1 | Napkin | NAP | EA | $ 1.78 | $ | 1.78 |
| 1 | Pajama Bottom | PAJBS | EA | $ 6.60 | $ | 6.60 |
| 16 | Pants | PANT | EA | $ 7.88 | $ | 126.08 |
| 2 | Pants Child | PANTCH | EA | $ 5.34 | $ | 10.68 |
| 12 | Pants Demin jeans - fancy | PANTJF | EA | $ 8.98 | $ | 107.76 |
| 5 | Pillow Sham | PILSH | EA | $ 7.20 | $ | 36.00 |
| 15 | Placemats | PLC | EA | $ 2.82 | $ | 42.30 |
| 1 | Robe Choir/Graduation | ROBECHR | EA | $ 17.38 | $ | 17.38 |
| 1 | Rug Bathroom | RUGB | EA | $ 12.12 | $ | 12.12 |
| 40 | Shirt | SHIRT | EA | $ 6.01 | $ | 240.40 |
| 17 | Shoes | SHOE | EA | $ 12.55 | $ | 213.35 |
| 1 | Shoes Sandals-pr | SHOES | EA | $ 9.10 | $ | 9.10 |
| 3 | Shorts | SHRT | EA | $ 6.31 | $ | 18.93 |

Liberty000769



**Customer: Speakman, Mary and Ollie**
**EGR #     15-200-0208-SMK**

| Qty | Description | Cleaning Code | Units | Unit Price | | Total |
|---|---|---|---|---|---|---|
| 7 | Slippers | SLIPR | EA | $ 6.01 | $ | 42.07 |
| 4 | Sweater | SWT | EA | $ 9.23 | $ | 36.92 |
| 1 | Sweater Cardigan | SWTC | EA | $ 10.36 | $ | 10.36 |
| 1 | Sweater Vest | SWTS | EA | $ 5.63 | $ | 5.63 |
| 6 | Sweatshirt | SWTSH | EA | $ 5.54 | $ | 33.24 |
| 4 | Table Runner | TR | EA | $ 4.55 | $ | 18.20 |
| 9 | Tablecloth | TABCL | EA | $ 19.46 | $ | 175.14 |
| 1 | Tablecloth  Large - Lace | TABCLA> | EA | $ 27.56 | $ | 27.56 |
| 1 | Throw | THRC | EA | $ 16.91 | $ | 16.91 |
| 1 | Toy Stuffed, Large | TOYS> | EA | $ 13.16 | $ | 13.16 |
| 8 | Toy Stuffed, Small | TOYS< | EA | $ 7.22 | $ | 57.76 |
| 1 | Vest | VEST | EA | $ 7.07 | $ | 7.07 |
| 11 | Wallet | WALL | EA | $ 11.65 | $ | 128.15 |
| | | | | | $ | 2,604.38 |

## BEDROOM 2

| Qty | Description | Cleaning Code | Units | Unit Price | | Total |
|---|---|---|---|---|---|---|
| 1 | Bag Duffle | BAGD | EA | $ 16.70 | $ | 16.70 |
| 5 | Bag Handbag - Small | BAGH< | EA | $ 11.45 | $ | 57.25 |
| 1 | Bag Make-up | BAGM | EA | $ 6.15 | $ | 6.15 |
| 1 | Bag Tote - Large | BAGT> | EA | $ 17.90 | $ | 17.90 |
| 2 | Bedspreads Queen Size | BDSPRQ | EA | $ 28.04 | $ | 56.08 |
| 1 | Bedspreads Twin | BDSPRT | EA | $ 22.61 | $ | 22.61 |
| 3 | Belt Cloth | BELTC | EA | $ 3.43 | $ | 10.29 |
| 1 | Belt Leather | BELT | EA | $ 5.32 | $ | 5.32 |
| 2 | Blankets Twin | BLT | EA | $ 21.64 | $ | 43.28 |
| 1 | Blazer | BLZ | EA | $ 9.87 | $ | 9.87 |
| 57 | Blouse | BLS | EA | $ 8.43 | $ | 480.51 |
| 88 | Bulk Laundry | AV | 26.00LB | $ 4.99 | $ | 129.74 |
| 1 | Cap Baseball | CAPB | EA | $ 7.58 | $ | 7.58 |
| 1 | Comforter Queen | CMFQ | EA | $ 33.42 | $ | 33.42 |
| 2 | Drapes Flat-Large | DRAPF> | EA | $ 35.39 | $ | 70.78 |
| 3 | Dress | DRES | EA | $ 16.38 | $ | 49.14 |
| 2 | Dress Lined | DRESL | EA | $ 18.39 | $ | 36.78 |
| 4 | Jacket Light Weight | JCK- | EA | $ 9.11 | $ | 36.44 |
| 2 | Jacket Sweater | JCKS | EA | $ 21.95 | $ | 43.90 |
| 2 | Jacket Vest | JCKVS | EA | $ 6.62 | $ | 13.24 |
| 2 | Lingerie | NEG1 | EA | $ 8.73 | $ | 17.46 |
| 2 | Mattress Cover | MATP | EA | $ 15.19 | $ | 30.38 |
| 1 | Napkin | NAP | EA | $ 1.78 | $ | 1.78 |
| 1 | Pajama Bottom | PAJBS | EA | $ 6.60 | $ | 6.60 |
| 1 | Pajama Top | PAJTS | EA | $ 5.50 | $ | 5.50 |
| 17 | Pants | PANT | EA | $ 7.88 | $ | 133.96 |
| 5 | Pants Demin jeans - fancy | PANTJF | EA | $ 8.98 | $ | 44.90 |
| 4 | Pillow Sham | PILSH | EA | $ 7.20 | $ | 28.80 |
| 1 | Placemats | PLC | EA | $ 2.82 | $ | 2.82 |

Liberty000770



# ESTIMATE

**Customer: Speakman, Mary and Ollie**
**EGR #     15-200-0208-SMK**

| Qty | Description | Cleaning Code | Units | Unit Price | | Total |
|---|---|---|---|---|---|---|
| 2 | Scarf | SCARF | EA | $ | 4.63 | $ 9.26 |
| 38 | Shirt | SHIRT | EA | $ | 6.01 | $ 228.38 |
| 2 | Shoes | SHOE | EA | $ | 12.55 | $ 25.10 |
| 10 | Shorts | SHRT | EA | $ | 6.31 | $ 63.10 |
| 1 | Skirt | SKRT | EA | $ | 8.19 | $ 8.19 |
| 3 | Skirt Long | SKRTLN | EA | $ | 10.97 | $ 32.91 |
| 1 | Skirt Long-Lined-Flair | SKRTLLF | EA | $ | 11.61 | $ 11.61 |
| 1 | Slacks Capri | SLCKCA | EA | $ | 7.43 | $ 7.43 |
| 1 | Slippers | SLIPR | EA | $ | 6.01 | $ 6.01 |
| 5 | Sweater | SWT | EA | $ | 9.23 | $ 46.15 |
| 1 | Sweater Cardigan | SWTC | EA | $ | 10.36 | $ 10.36 |
| 10 | Sweatshirt | SWTSH | EA | $ | 5.54 | $ 55.40 |
| 2 | Table Runner | TR | EA | $ | 4.55 | $ 9.10 |
| 1 | Throw | THRC | EA | $ | 16.91 | $ 16.91 |
| 1 | Toy Stuffed, Small | TOYS< | EA | $ | 7.22 | $ 7.22 |
| 1 | Vest | VEST | EA | $ | 7.07 | $ 7.07 |
| 3 | Wallet | WALL | EA | $ | 11.65 | $ 34.95 |
| | | | | | $ | 1,998.33 |

## BEDROOM 3

| Qty | Description | Cleaning Code | Units | Unit Price | | Total |
|---|---|---|---|---|---|---|
| 1 | Bag Garment Bag | BAGG | EA | $ | 18.80 | $ 18.80 |
| 5 | Bag Handbag - Small | BAGH< | EA | $ | 11.45 | $ 57.25 |
| 2 | Bag Tote | BAGT | EA | $ | 9.73 | $ 19.46 |
| 2 | Bedding Dust Ruffle | DR | EA | $ | 23.31 | $ 46.62 |
| 2 | Bedspreads Queen Size | BDSPRQ | EA | $ | 28.04 | $ 56.08 |
| 9 | Belt Cloth | BELTC | EA | $ | 3.43 | $ 30.87 |
| 1 | Belt Leather | BELT | EA | $ | 5.32 | $ 5.32 |
| 104 | Blouse | BLS | EA | $ | 8.43 | $ 876.72 |
| 107 | Bulk Laundry | AV | 44.00LB | $ | 4.99 | $ 219.56 |
| 81 | Bulk Laundry SUMS | AV | 19.00LB | $ | 4.99 | $ 94.81 |
| 2 | Cap Baseball | CAPB | EA | $ | 7.58 | $ 15.16 |
| 2 | Curtains Shower | SHCUR | EA | $ | 21.03 | $ 42.06 |
| 2 | Curtains Valance - Medium | CURV | EA | $ | 17.13 | $ 34.26 |
| 7 | Doily | DOILY | EA | $ | 2.10 | $ 14.70 |
| 2 | Drapes Flat-Large | DRAPF> | EA | $ | 35.39 | $ 70.78 |
| 5 | Drapes Flat-Small | DRAPF< | EA | $ | 7.99 | $ 39.95 |
| 2 | Drapes Tie-Backs | DRAPT | EA | $ | 2.76 | $ 5.52 |
| 1 | Dress Lined | DRESL | EA | $ | 18.39 | $ 18.39 |
| 9 | Dress Long | DRESLN | EA | $ | 24.05 | $ 216.45 |
| 1 | Flag | FLAG | EA | $ | 5.77 | $ 5.77 |
| 3 | Hat | HAT | EA | $ | 16.72 | $ 50.16 |
| 2 | Jacket Sweater | JCKS | EA | $ | 21.95 | $ 43.90 |
| 1 | Jacket Vest | JCKVS | EA | $ | 6.62 | $ 6.62 |
| 12 | Lingerie | NEG1 | EA | $ | 8.73 | $ 104.76 |
| 1 | Mattress Cover | MATP | EA | $ | 15.19 | $ 15.19 |

Liberty000771



**Customer: Speakman, Mary and Ollie**
**EGR #    15-200-0208-SMK**

| Qty | Description | Cleaning Code | Units | Unit Price | | Total |
|-----|-------------|---------------|-------|-----------|---|-------|
| 18 | Pants | PANT | EA | $ 7.88 | $ | 141.84 |
| 23 | Pants Demin jeans - fancy | PANTJF | EA | $ 8.98 | $ | 206.54 |
| 4 | Pillow Sham | PILSH | EA | $ 7.20 | $ | 28.80 |
| 1 | Scarf | SCARF | EA | $ 4.63 | $ | 4.63 |
| 54 | Shirt | SHIRT | EA | $ 6.01 | $ | 324.54 |
| 6 | Shoes | SHOE | EA | $ 12.55 | $ | 75.30 |
| 7 | Shoes Sandals-pr | SHOES | EA | $ 9.10 | $ | 63.70 |
| 10 | Shorts | SHRT | EA | $ 6.31 | $ | 63.10 |
| 5 | Skirt Long | SKRTLN | EA | $ 10.97 | $ | 54.85 |
| 2 | Slippers | SLIPR | EA | $ 6.01 | $ | 12.02 |
| 39 | Sweater | SWT | EA | $ 9.23 | $ | 359.97 |
| 2 | Table Runner | TR | EA | $ 4.55 | $ | 9.10 |
| 2 | Tablecloth | TABCL | EA | $ 19.46 | $ | 38.92 |
| 1 | Tablecloth  Large - Lace | TABCLA> | EA | $ 27.56 | $ | 27.56 |
| 2 | Tie Silk | TIES | EA | $ 5.32 | $ | 10.64 |
| 1 | Toy Stuffed, Small | TOYS< | EA | $ 7.22 | $ | 7.22 |
| 1 | Wallet | WALL | EA | $ 11.65 | $ | 11.65 |
| | | | | | $ | 3,549.54 |

## DINING ROOM

| Qty | Description | Cleaning Code | Units | Unit Price | | Total |
|-----|-------------|---------------|-------|-----------|---|-------|
| 2 | Afghan Large | AFG> | EA | $ 27.46 | $ | 54.92 |
| 1 | Bedspreads Queen Size | BDSPRQ | EA | $ 28.04 | $ | 28.04 |
| 1 | Bedspreads Queen Size - Quilted | BDSPRQQ | EA | $ 31.54 | $ | 31.54 |
| 3 | Bedspreads Twin - Quilted | BDSPRTQ | EA | $ 28.49 | $ | 85.47 |
| 1 | Drapes Sheer - Medium | DRAPSF | EA | $ 16.36 | $ | 16.36 |
| | | | | | $ | 216.33 |

## FOYER/ENTRANCE

| Qty | Description | Cleaning Code | Units | Unit Price | | Total |
|-----|-------------|---------------|-------|-----------|---|-------|
| 1 | Afghan | AFG | EA | $ 19.96 | $ | 19.96 |
| 1 | Blankets Infant | BLI | EA | $ 8.55 | $ | 8.55 |
| 1 | Blankets Twin | BLT | EA | $ 21.64 | $ | 21.64 |
| 7 | Blazer | BLZ | EA | $ 9.87 | $ | 69.09 |
| 6 | Blazer Lined | BLZLN | EA | $ 10.48 | $ | 62.88 |
| 6 | Bulk Laundry | AV | 10.00LB | $ 4.99 | $ | 49.90 |
| 1 | Coat Rain - Lined | CTRL | EA | $ 23.45 | $ | 23.45 |
| 1 | Comforter Queen | CMFQ | EA | $ 33.42 | $ | 33.42 |
| 1 | Curtains Valance - Large | CURV> | EA | $ 29.35 | $ | 29.35 |
| 1 | Curtains Valance - Small | CURV< | EA | $ 6.98 | $ | 6.98 |
| 3 | Drapes Flat-Large | DRAPF> | EA | $ 35.39 | $ | 106.17 |
| 1 | Drapes Flat-Small | DRAPF< | EA | $ 7.99 | $ | 7.99 |
| 4 | Jacket Light Weight | JCK- | EA | $ 9.11 | $ | 36.44 |

Liberty000772



**Customer: Speakman, Mary and Ollie**
**EGR #    15-200-0208-SMK**

| Qty | Description | Cleaning Code | Units | Unit Price | | Total |
|----|----|----|----|----|----|----|
| 1 | Jacket Lining | JCKLN | EA | $ | 5.76 | $ 5.76 |
| 3 | Jacket Sweater | JCKS | EA | $ | 21.95 | $ 65.85 |
| 1 | Jacket Vest | JCKVS | EA | $ | 6.62 | $ 6.62 |
| 1 | Scarf | SCARF | EA | $ | 4.63 | $ 4.63 |
| 3 | Shirt | SHIRT | EA | $ | 6.01 | $ 18.03 |
| 3 | Sweater Cardigan | SWTC | EA | $ | 10.36 | $ 31.08 |
| 1 | Tablecloth  Lace | TABCLA | EA | $ | 21.78 | $ 21.78 |
| 2 | Tablecloth  Large | TABCL> | EA | $ | 22.85 | $ 45.70 |
| | | | | | $ | 675.27 |

## KITCHEN

| Qty | Description | Cleaning Code | Units | Unit Price | | Total |
|----|----|----|----|----|----|----|
| 4 | Drapes Sheer - Medium | DRAPSF | EA | $ | 16.36 | $ 65.44 |
| | | | | | $ | 65.44 |

## LAUNDRY ROOM

| Qty | Description | Cleaning Code | Units | Unit Price | | Total |
|----|----|----|----|----|----|----|
| 2 | Afghan | AFG | EA | $ | 19.96 | $ 39.92 |
| 1 | Apron | APR | EA | $ | 4.43 | $ 4.43 |
| 2 | Bedding Dust Ruffle | DR | EA | $ | 23.31 | $ 46.62 |
| 1 | Blankets Electric | BLEL | EA | $ | 27.29 | $ 27.29 |
| 1 | Blazer Lined | BLZLN | EA | $ | 10.48 | $ 10.48 |
| 2 | Blouse | BLS | EA | $ | 8.43 | $ 16.86 |
| 66 | Bulk Laundry | AV | 22.00LB | $ | 4.99 | $ 109.78 |
| 1 | Cap Baseball | CAPB | EA | $ | 7.58 | $ 7.58 |
| 1 | Curtains Shower | SHCUR | EA | $ | 21.03 | $ 21.03 |
| 1 | Curtains Valance - Small | CURV< | EA | $ | 6.98 | $ 6.98 |
| 1 | Doily | DOILY | EA | $ | 2.10 | $ 2.10 |
| 3 | Drapes Flat-Large | DRAPF> | EA | $ | 35.39 | $ 106.17 |
| 9 | Drapes Flat-Small | DRAPF< | EA | $ | 7.99 | $ 71.91 |
| 2 | Drapes Sheer - Medium | DRAPSF | EA | $ | 16.36 | $ 32.72 |
| 8 | Drapes Tie-Backs | DRAPT | EA | $ | 2.76 | $ 22.08 |
| 2 | Dress Long | DRESLN | EA | $ | 24.05 | $ 48.10 |
| 4 | Jacket Light Weight | JCK- | EA | $ | 9.11 | $ 36.44 |
| 1 | Jacket Sweater | JCKS | EA | $ | 21.95 | $ 21.95 |
| 2 | Miscellaneous Softgoods - Dog Leash | | EA | $ | 3.00 | $ 6.00 |
| 3 | Napkin | NAP | EA | $ | 1.78 | $ 5.34 |
| 1 | Pajama Bottom | PAJBS | EA | $ | 6.60 | $ 6.60 |
| 1 | Pajama Top | PAJTS | EA | $ | 5.50 | $ 5.50 |
| 3 | Scarf | SCARF | EA | $ | 4.63 | $ 13.89 |
| 4 | Shirt | SHIRT | EA | $ | 6.01 | $ 24.04 |
| 1 | Shoes Sandals-pr | SHOES | EA | $ | 9.10 | $ 9.10 |
| 1 | Skirt Lined | SKRTL | EA | $ | 8.60 | $ 8.60 |

Liberty000773



# ESTIMATE

**Customer: Speakman, Mary and Ollie**
**EGR #      15-200-0208-SMK**

| Qty | Description | Cleaning Code | Units | Unit Price | Total |
|---|---|---|---|---|---|
| 4 | Slippers | SLIPR | EA | $ 6.01 | $ 24.04 |
| 3 | Table Runner | TR | EA | $ 4.55 | $ 13.65 |
| 2 | Tablecloth | TABCL | EA | $ 19.46 | $ 38.92 |
| 2 | Throw | THRC | EA | $ 16.91 | $ 33.82 |
| 2 | Tie Silk | TIES | EA | $ 5.32 | $ 10.64 |
| | | | | | $ 832.58 |

## LIVING ROOM

| Qty | Description | Cleaning Code | Units | Unit Price | Total |
|---|---|---|---|---|---|
| 1 | Mattress Cover | MATP | EA | $ 15.19 | $ 15.19 |
| 1 | Pillow Sham | PILSH | EA | $ 7.20 | $ 7.20 |
| 2 | Placemats | PLC | EA | $ 2.82 | $ 5.64 |
| 1 | Table Runner | TR | EA | $ 4.55 | $ 4.55 |
| 1 | Tablecloth | TABCL | EA | $ 19.46 | $ 19.46 |
| 1 | Tablecloth  Large - Lace | TABCLA> | EA | $ 27.56 | $ 27.56 |
| | | | | | $ 79.60 |

## OFFICE

| Qty | Description | Cleaning Code | Units | Unit Price | Total |
|---|---|---|---|---|---|
| 4 | Curtains Valance - Small | CURV< | EA | $ 6.98 | $ 27.92 |
| 2 | Drapes Flat-Large | DRAPF> | EA | $ 35.39 | $ 70.78 |
| | | | | | $ 98.70 |

**Grand Total:**                                                    $ 10,236.33

Liberty000774



# Customer Inventory

**Customer:** Speakman, Mary and Ollie
**EGR #:** 15-200-0208-SMK

## DRAPES

| | |
|---|---|
| Curtains Shower | 3 |
| Curtains Valance - Large | 1 |
| Curtains Valance - Medium | 2 |
| Curtains Valance - Small | 7 |
| Drapes Flat-Large | 13 |
| Drapes Flat-Small | 19 |
| Drapes Sheer - Medium | 8 |
| Drapes Tie-Backs | 10 |
| **Total DRAPES:** | **63** |

## GARMENTS

| | |
|---|---|
| Apron | 1 |
| Belt Cloth | 10 |
| Blazer | 8 |
| Blazer Lined | 15 |
| Blouse | 173 |
| Bulk Laundry | 368 |
| Bulk Laundry SUMS | 81 |
| Cap Baseball | 4 |
| Coat Rain - Lined | 1 |
| Coat Trench coat - lined | 1 |
| Culottes | 1 |
| Dress | 3 |
| Dress Lined | 3 |
| Dress Long | 11 |
| Hat | 3 |
| Hood | 2 |
| Jacket Light Weight | 16 |
| Jacket Lining | 1 |
| Jacket Sweater | 10 |
| Jacket Vest | 4 |
| Lingerie | 14 |
| Pajama Bottom | 3 |
| Pajama Top | 2 |
| Pants | 51 |
| Pants Child | 2 |
| Pants Demin jeans - fancy | 40 |
| Robe Choir/Graduation | 1 |
| Scarf | 7 |
| Shirt | 139 |
| Shorts | 23 |
| Skirt | 1 |
| Skirt Lined | 1 |
| Skirt Long | 8 |

Liberty000775



**Customer:** Speakman, Mary and Ollie
**EGR #:** 15-200-0208-SMK

## GARMENTS Continued...

| | |
|---|---|
| Skirt Long-Lined-Flair | 1 |
| Slacks Capri | 1 |
| Sweater | 48 |
| Sweater Cardigan | 5 |
| Sweater Vest | 1 |
| Sweatshirt | 16 |
| Tie Silk | 4 |
| Vest | 2 |
| **Total GARMENTS:** | **1,086** |

## HOUSEHOLDS

| | |
|---|---|
| Afghan | 3 |
| Afghan Large | 2 |
| Bedding Dust Ruffle | 4 |
| Bedspreads Queen Size | 10 |
| Bedspreads Queen Size - Quilted | 2 |
| Bedspreads Twin | 3 |
| Bedspreads Twin - Quilted | 3 |
| Blankets Electric | 1 |
| Blankets Infant | 1 |
| Blankets Twin | 3 |
| Comforter Queen | 4 |
| Doily | 10 |
| Flag | 1 |
| Mattress Cover | 6 |
| Napkin | 5 |
| Pillow Sham | 14 |
| Placemats | 18 |
| Table Runner | 12 |
| Tablecloth | 14 |
| Tablecloth Lace | 1 |
| Tablecloth Large | 2 |
| Tablecloth Large - Lace | 3 |
| Throw | 4 |
| **Total HOUSEHOLDS:** | **126** |

## LSF

| | |
|---|---|
| Jacket Leather | 2 |
| **Total LSF:** | **2** |

## RUGS

| | |
|---|---|
| Rug Bathroom | 1 |

Liberty000776



# Customer Inventory

**Garment Restoration**

**Customer:** Speakman, Mary and Ollie
**EGR #:** 15-200-0208-SMK

| | |
|---|---|
| **Total RUGS:** | 1 |

## SOFT GOODS

| | |
|---|---|
| Bag Duffle | 1 |
| Bag Garment Bag | 1 |
| Bag Handbag - Small | 34 |
| Bag Make-up | 3 |
| Bag Pouch | 1 |
| Bag Tote | 5 |
| Bag Tote - Large | 1 |
| Bag Tote - X-Large | 1 |
| Belt Cloth | 7 |
| Belt Leather | 8 |
| Miscellaneous Softgoods - Dog Leash | 2 |
| Purse Leather | 1 |
| Shoes | 49 |
| Shoes Sandals-pr | 11 |
| Slippers | 17 |
| Wallet | 21 |
| **Total SOFT GOODS:** | **163** |

## STUFFED TOYS

| | |
|---|---|
| Toy Stuffed, Large | 1 |
| Toy Stuffed, Small | 10 |
| **Total STUFFED TOYS:** | **11** |

| | |
|---|---|
| **Grand Total** | **1,452** |

Liberty000777