IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| MARY L. SPEAKMAN and OLLIE J. SPEAKMAN, <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION No. 4:16-cv-41-HSM-SKL <br><br> Judge Mattice <br> Magistrate Judge Lee |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Mary L. Speakman and Ollie J. Speakman ("Plaintiffs") and Defendant Liberty Insurance Corporation improperly named as Liberty Mutual Insurance Company ("Liberty Mutual") state that this matter has been resolved. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel stipulate that Plaintiffs' action against Liberty Mutual be dismissed in its entirety with prejudice, with each party to bear its own costs.

AGREED this 28th day of August, 2017 by:

*s/ Floyd Don Davis (w/ permission)*
Floyd Don Davis (BPR #003621)
Davis, Kessler & Davis
705 Dinah Shore Blvd.
Winchester, Tennessee 37398
Telephone: (931) 967-7000
Facsimile: (931) 968-0680

*Attorney for Plaintiffs Mary L. Speakman
and Ollie J. Speakman*

*s/ Brian C. Neal*
Brian C. Neal (BPR #022532)
Briana M. Montminy (BPR #034622)
BURR & FORMAN LLP
511 Union Street, Ste. 2300
Nashville, TN 37219
Telephone: (615) 724-3200
Facsimile: (615) 724-3290

*Attorneys for Defendant Liberty Insurance Corporation improperly named as Liberty Mutual Insurance Company*

## CERTIFICATE OF SERVICE

Counsel for Defendant hereby certifies that on the 28th day of August 2017, a copy of the foregoing document was served via the Court's electronic filing system on the following:

> Floyd Don Davis
> Davis, Kessler & Davis
> P.O. Box 626
> Winchester, Tennessee 37398

> *s/ Brian C. Neal*